UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIGNAL PERFECTION, LTD., d/b/a SPL INTEGRATED SOLUTIONS | * | |
| | * | |
| *Plaintiff*, | | |
| | * | Civil Action No. 15-cv-0130 (JEB) |
| v. | | |
| | * | |
| XL SPECIALTY INSURANCE CO., *et al.* | | |
| | * | |
| *Defendants*. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Signal Perfection, Ltd., d/b/a SPL Integrated Solutions, and Defendants, XL Specialty Insurance Company, Greenwich Insurance Company, and XL Reinsurance America, Inc., by their undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a), stipulate to the dismissal of this action in its entirety and *with prejudice*.  All parties to this case join this stipulation.

| | |
|---|---|
| /s/ Jackson S. Nichols | /s/ Patrick J. Madigan |
| Jackson S. Nichols, Bar No. 975511 | Patrick J. Madigan, Bar No. 497156 |
| Cohen Seglias Pallas Greenhall & Furman, P.C. | Pike & Gilliss, LLC |
| 1828 L Street, NW | 9475 Deereco Road |
| Suite 705 | Suite 300 |
| Washington, DC 20036 | Timonium, Maryland 21093 |
| (202) 466-4110 | (443) 761-6500 |
| (202) 466-2693 (fax) | (443) 761-6519 (fax) |
| jnichols@cohenseglias.com | pmadigan@pikegilliss.com |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendants* |